PHILLIP A. TALBERT
United States Attorney
KATHERINE T. LYDON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2722
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:15-MJ-00107 |
| Plaintiff, | [PROPOSED] ORDER FOR DISMISSAL AND RELEASE |
| v. | |
| JAVED NOORI, | |
| Defendant. | |

The United States' motion to dismiss without prejudice the complaint in the above referenced case (ECF No. 5) is GRANTED. JAVED NOORI is ordered released from federal custody into the custody of El Dorado County District Attorney's Office Investigators.

Dated: October 6, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER       1